UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 07-56-RET-SCR |
| VERSUS | : | |
| | : | **UNDER SEAL** |
| JONY GARCIA-MEDERO | : | |

### ORDER

Considering the *United States' Motion to Seal 5K1.1 Motion and Related Documents*;

**IT IS ORDERED** that the United States' 5K1.1 Motion, supporting Memorandum, and all related 5K1.1 documents be filed under seal.

**DATED AND SO ORDERED** at Baton Rouge, Louisiana, this 8th day of _____May_____, 2008.

_____
RALPH E. TYSON, JUDGE
UNITED STATES DISTRICT COURT